UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JONICA HAAMID PHILLIPS #429550, Plaintiff | CIVIL DOCKET NO. 1:21-CV-03444 SEC P |
| VERSUS | JUDGE DAVID C. JOSEPH |
| STATE OF LOUISIANA, Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [ECF No. 8], and after a *de novo* review of the record including the Objection filed by Petitioner [ECF No. 10], and having determined that the findings and recommendation are correct under the applicable law;

IT IS HEREBY ORDERED that the Petition [ECF No. 5] is DISMISSED for lack of jurisdiction, WITH PREJUDICE as to the jurisdictional issue and WITHOUT PREJUDICE as to the merits of Petitioner's claims.

THUS DONE AND SIGNED in Chambers, this 30th day of December, 2021.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE